Between DAVID REEVES and others, appellants, and EDWARD COOPER and others, respondents.

This was an appeal from a decree of the Chancellor dissolving an injunction. The opinion delivered in the court below, and which contains the facts of the case, is to be found in this volume, *ante*, page 224.

The decree of the Chancellor was unanimously affirmed.